UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

|  |  |
|---|---|
| ZACHARY TYLER COTTON, as an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HIRERIGHT, LLC, CTH FL-WV, LLC and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 8:25-cv-00597-SDM-AEP |

**D**EFENDANT, CTH FL-WV, LLC'S **D**ISCLOSURE **S**TATEMENT
**U**NDER **R**ULE 7.1, **F**EDERAL **R**ULES OF **C**IVIL **P**ROCEDURE, AND **L**OCAL **R**ULE 3.03

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐   No.

    x   Yes, and

        x   These parent corporations and publicly held corporations own 10% or more of the filer's shares: CoralTree Hospitality Group, LLC and Lowe Enterprises, Inc.

        ☐   The filer has no parent corporation.

        ☐   No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

    X    No.

    ☐    Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

    a.    Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        X    No.

        ☐    Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

    b.    Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

        X    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

    c.    Is the filer an insurer?

        X    No.

        ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

    d.    Is the filer a legal representative?

           X    No.

           ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

    e.    Has the filer identified any corporation?

           X    No.

           ☐    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

    f.    Has the filer identified any natural person?

           X    No.

           ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

        ☐    No.

        X    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

- CoralTree Hospitality Group, LLC

- Lowe Enterprises, Inc.
- Jackson Lewis P.C., Counsel for Defendant CTH-FL WV, LLC
- Shutts & Bowen LLP, Counsel for Defendant HireRight, LLC
- DHF Law, P.C., Counsel for Plaintiff

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

   X   No.

   ☐   Yes, and this is the entity: [].

5. Is this a bankruptcy action?

   X   No.

   ☐   Yes, and the debtor is [].

   ☐   Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

   X   No.

   ☐   Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

   X   No.

   ☐   Yes, and this is the entity: [].

8.  Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

    x   Yes.

    DATED this 6th day of May, 2025.

|  | Respectfully submitted,<br><br>JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone: (407) 246-8440<br>Facsimile:  (407) 246-8441<br><br>By:  */s/ Nailah B. Casavant*<br>     Amanda A. Simpson<br>     Florida Bar No. 0072817<br>     amanda.simpson@jacksonlewis.com<br><br>     Nailah B. Casavant<br>     Florida Bar No. 1032083<br>     nailah.casavant@jacksonlewis.com<br><br>Attorneys for Defendant CTH FL-WF, LLC |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Devin H. Fok, Esquire, Joshua Kim, Esquire and Ainat Kiewe, Esquire DHF Law, P.C., 2304 Huntington Drive, Suite 210, San Marino, CA 91108; Matthew R. Chait, Esquire and Kendall Bennett, Esquire, Shutts & Bowen, 525 Okeechobee Blvd., Suite 1100, West Palm Beach, FL 33401-6351 and to Alexandra S. Jacobs, Esquire, Montgomery

McCracken Walker & Rhoads LLP, Liberty View, 457 Haddonfield Road, Suite 600, Cherry Hill, NJ 08002.

                                                  */s/ Nailah B. Casavant*
                                                  Nailah B. Casavant

4903-7850-6303, v. 1